United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Frank Richard Toth, Jr.
Regina Marie toth
    Debtors

Case No. 14-19133-sr
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Aug 10, 2016
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2016.
db/jdb       +Frank Richard Toth, Jr.,   Regina Marie toth,   509 Rodgers Avenue,
          Upper Chichester, PA 19014-3330

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2016 at the address(es) listed below:
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
         JONATHAN D. LOBB    on behalf of Creditor    Wells Fargo Bank, N.A paeb@fedphe.com
         JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wells Fargo Bank, N.A paeb@fedphe.com
         JOSEPH PATRICK SCHALK    on behalf of Creditor    Wells Fargo Bank, N.A paeb@fedphe.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    GCAT Managmentt Services 2015-13 LLC
          bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wells Fargo Bank, N.A bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         ROBERT H. HOLBER    on behalf of Joint Debtor Regina Marie toth rholber@holber.com
         ROBERT H. HOLBER    on behalf of Debtor Frank Richard Toth, Jr. rholber@holber.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
          Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
          Services, Inc. mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
                                                                                                           TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Regina Marie Toth<br>Frank Richard Toth Jr.<br>    Debtors | | CHAPTER 13 |
| MTGLQ Investors, LP<br>    Movant<br>vs. | | NO. 14-19133 SR |
| Regina Marie Toth<br>Frank Richard Toth Jr.<br>    Debtors | | 11 U.S.C. Section 362 |
| Frederick L. Reigle Esq.<br>    Trustee | | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by Movant on Debtors' residence is $5,657.01, which breaks down as follows:

Post-Petition Payments:     May 2016 through July 2016 at $1,543.67 each
Fees & Costs Relating to Motion: $1,026.00 ($850.00 fees and $176.00 costs)
Total Post-Petition Arrears    $5,657.01

2. Debtors shall cure said arrearages in the following manner:

    a). Within seven (7) days of the filing of this Stipulation, Debtors shall file an Amended Chapter 13 Plan to include the post-petition arrears of $5,657.01 along with the pre-petition arrears;

    b). Movant shall file an Amended or Supplemental Proof of Claim to include the post-petition arrears of $5,657.01 along with the pre-petition arrears;

    c). The new 410A form for the Proof of Claim shall not be required for this Amended or Supplemental Proof of Claim;

    d). Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should Debtors provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtors and Debtors' attorney of the default in writing and Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtors should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, Movant shall file a Certification of Default with the court and the court shall enter an order granting Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: July 25, 2016

_____
Regina Marie Toth

_____
Frank Richard Toth, Jr.
Date:

Date: 8/8/16

/s/ Joshua I. Goldman, Esquire
Joshua I. Goldman, Esquire
Attorney for Movant
KML Law Group, P.C.
Main Number: (215) 627-1322

_____
Robert H. Holber Esq.
Attorney for Debtor

_____
Frederick L. Reigle, Esquire
Chapter 13 Trustee

Approved by the Court this 10th day of August, 2016. However, the court retains discretion regarding entry of any further order.

_____
Judge Stephen Raslavich