IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: FRANK RICHARD TOTH, JR.    : CHAPTER 13
      REGINA MARIE TOTH        :
                          :
            Debtor(s)    : BANKRUPTCY NO. 14-19133

## CERTIFICATION OF SERVICE

I, Robert H. Holber, Esquire, Counsel for Debtor, hereby certify that I served a copy of the Amended Chapter 13 Plan upon the U.S. Trustee's Office, Frederick L. Reigle, Esquire, Chapter 13 Trustee, Debtor(s), Frank & Regina Toth, and all secured and priority creditors by first-class mail, postage prepaid and/or electronic means on July 18, 2017.


Date:___7/18/17___          By:  _____
                                    Robert H. Holber, Esquire
                                    Attorney for Debtor