B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  Frank Richard Toth, Jr.,  
     Regina Marie Toth

Case No. __14-19133__  
         (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES
### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

   I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___8___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __7/18/17__      Signature _[signed]_  
                                                Frank Richard Toth, Jr.,

Date __7/18/17__      Signature _[signed]_  
                                                Regina Marie Toth  
                                               [If joint case, both spouses must sign.]

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.