IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:     Frank Richard Toth, Jr   :     Chapter 13
    Regina Marie Toth               :
                    Debtor          :
                                    :     Bankruptcy No. 14-19133

CERTIFICATION OF NO ANSWER OR OBJECTION

I, Robert H. Holber, Esquire, Counsel for Debtors, hereby

certify that:

1.  A copy of the Notice of Motion to Modify Plan was served

upon, Office of the U.S. Trustee, Frederick Reigle, Chapter 13

Trustee, all creditors listed on Debtors Matrix, and all

creditors who filed Proofs of Claim on or about July 21, 2017.

2.  As of the below noted date, he has received no answer or

objection, from any party to the granting of the Motion.

Dated: 08/21/ 2017

ROBERT H. HOLBER, ESQUIRE
Counsel for Debtor(s)
41 E. Front Street
Media, PA. 19063
(610) 565-5463