IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: FRANK RICHARD TOTH        :   CHAPTER 13
      REGINA MARIE TOTH           :
                 Debtors   :   Bankruptcy No.: 14-19133

**ORDER**

AND NOW, this    day of          , 2017, upon review of Debtors' Motion To Modify Confirmed Chapter 13 Plan and consideration of any response thereto, it is hereby ORDERED that the motion is GRANTED.

                                     */s/ Stephen Raslavich*
                                     **JUDGE STEPHEN RASLAVICH**  J.

**Dated: August 23, 2017**