United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-19133-sr
Frank Richard Toth, Jr.                                               Chapter 13
Regina Marie toth
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: Aug 24, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2017.
db/jdb        +Frank Richard Toth, Jr.,   Regina Marie toth,   509 Rodgers Avenue,
                Upper Chichester, PA 19014-3330

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2017 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    Wells Fargo Bank, N.A paeb@fedphe.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JONATHAN D. LOBB    on behalf of Creditor    Wells Fargo Bank, N.A paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wells Fargo Bank, N.A paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    GCAT Managmentt Services 2015-13 LLC
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wells Fargo Bank, N.A bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              ROBERT H. HOLBER    on behalf of Joint Debtor Regina Marie toth rholber@holber.com
              ROBERT H. HOLBER    on behalf of Debtor Frank Richard Toth, Jr. rholber@holber.com
              THOMAS I. PULEO    on behalf of Creditor    MTGLQ Investors, LP tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
               Services, Inc. ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 14

```
              IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: FRANK RICHARD TOTH       :  CHAPTER 13
       REGINA MARIE TOTH        :
                    Debtors     :  Bankruptcy No.: 14-19133
```

### ORDER

AND NOW, this   day of         , 2017, upon review of Debtors' Motion To Modify Confirmed Chapter 13 Plan and consideration of any response thereto, it is hereby ORDERED that the motion is GRANTED.

*/s/ Stephen Raslavich*

**JUDGE STEPHEN RASLAVICH**   J.

**Dated: August 23, 2017**