IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** Frank Richard Toth, Jr | : | Chapter 13 |
| Regina Marie Toth | : | |
| Debtor | : | |
| | : | Bankruptcy No. 14-19133 |

## CERTIFICATION OF NOTICE AND NO OBJECTION
## PURSUANT TO L.B.R 2016-1

I, Robert H. Holber, Esquire, counsel for debtor, hereby certify that I served a copy of Application for Counsel Fees and Reimbursement of Expenses on the Debtor, the Trustee, and the Office of the U.S. Trustee on August 30, 2017, via first-class mail and/or electronically;

I further certify that a copy of the Notice of Application for Counsel Fees, as required by L.B.R. 2016-1 and F.R.B.P. 2002(a)(6), was served on all creditors on August 30, 2017 by first class mail, postage pre-paid and/or electronically. A copy of said notice is attached.

I further certify that as of this date, twenty (20) days has elapsed and no objection has been received to the application.

By:

_____
Robert H. Holber, Esquire
Attorney for Debtor

Dated: 9/22/17