IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In Re:** Frank Richard Toth, Jr           :       Chapter 13
      Regina Marie Toth               :
            Debtor              :
                          :       Bankruptcy No. 14-19133

## ORDER

AND NOW, this _____ day of _____, 2017 upon application of counsel for an award of compensation and reimbursement of actual, necessary expenses, it is hereby ORDERED that counsel is allowed $750.00 as fees and $0.00 as expenses for services rendered in connection with the above referenced case for a total award of $750.00. The sum of $750.00 shall be paid by Chapter 13 Trustee to Debtor's counsel.

By the Court:

_/s/ Stephen Raslavich_

_____
Bankruptcy Judge

**STEPHEN RASLAVICH**

**Dated: September 26, 2017**

Copies to:
Frank and Regina Toth
509 Rodgers Avenue
Upper Chichester, PA 19014

Robert H. Holber, Esquire
41 E. Front Street
Media, Pa 19063

Frederick Reigle, Esquire
Chapter 13 Trustee
Post Office Box 4010
Reading, Pa 19606