United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Frank Richard Toth, Jr.
Regina Marie toth
       Debtors

Case No. 14-19133-sr
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Sep 26, 2017
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2017.
db/jdb        +Frank Richard Toth, Jr.,    Regina Marie toth,    509 Rodgers Avenue,
          Upper Chichester, PA 19014-3330

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2017                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2017 at the address(es) listed below:
       ANDREW  SPIVACK    on behalf of Creditor    Wells Fargo Bank, N.A paeb@fedphe.com
       DENISE ELIZABETH CARLON    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
       FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
       JONATHAN D. LOBB    on behalf of Creditor    Wells Fargo Bank, N.A paeb@fedphe.com
       JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wells Fargo Bank, N.A paeb@fedphe.com
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    GCAT Managmentt Services 2015-13 LLC
       bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wells Fargo Bank, N.A bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
       POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
       ROBERT H. HOLBER    on behalf of Joint Debtor Regina Marie toth rholber@holber.com
       ROBERT H. HOLBER    on behalf of Debtor Frank Richard Toth, Jr. rholber@holber.com
       THOMAS I. PULEO    on behalf of Creditor    MTGLQ Investors, LP tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
       Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
       Services, Inc. ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                          TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In Re:** Frank Richard Toth, Jr     :     Chapter 13
       Regina Marie Toth          :
                 Debtor     :
                                          :     Bankruptcy No. 14-19133

<u>O R D E R</u>

AND NOW, this          day of          , 2017 upon application of counsel for an award of compensation and reimbursement of actual, necessary expenses, it is hereby ORDERED that counsel is allowed $750.00 as fees and $0.00 as expenses for services rendered in connection with the above referenced case for a total award of $750.00. The sum of $750.00 shall be paid by Chapter 13 Trustee to Debtor's counsel.

By the Court:

_Stephen Raslavich_
_____
Bankruptcy Judge

**STEPHEN RASLAVICH**

**Dated: September 26, 2017**

Copies to:
Frank and Regina Toth
509 Rodgers Avenue
Upper Chichester, PA 19014

Robert H. Holber, Esquire
41 E. Front Street
Media, Pa  19063

Frederick Reigle, Esquire
Chapter 13 Trustee
Post Office Box 4010
Reading, Pa 19606