UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                  :

FRANK RICHARD TOTH, JR.
REGINA MARIE TOTH
                                          : Bankruptcy No. 14-19133JKF
        Debtor(s)                  : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

BY THE COURT

_____
Jean K. FitzSimon, B. J.

**Date: March 6, 2019**

Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

ROBERT H HOLBER ESQ
41 E FRONT STREET
MEDIA PA 19063-

FRANK RICHARD TOTH, JR.
REGINA MARIE TOTH
509 RODGERS AVENUE
UPPER CHICHESTER, PA 19014