```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
In re:                                                                  Case No. 14-19133-jkf
Frank Richard Toth, Jr.                                                 Chapter 13
Regina Marie toth
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0313-2         User: PaulP              Page 1 of 3              Date Rcvd: Mar 06, 2019
                             Form ID: pdf900          Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2019.
db/jdb         +Frank Richard Toth, Jr.,    Regina Marie toth,    509 Rodgers Avenue,
                 Upper Chichester, PA 19014-3330
cr             +U.S. Bank Trust National Association as Trustee of,    Law Offices of Michelle Ghidotti,
                 1920 Old Tustin Avenue,    Santa Ana, CA 92705-7811
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,    1451 Thomas Langston Rd.,
                 Winterville, NC 28590-8872
13425677        Dental Solutions Media,    1003 W. Baltimore Pike,    Media, Pa 19063
13425678       +Eastern Account System INC.,    Attn: Bankruptcy Dept.,    P.O. Box 837,    Newtown, CT 06470-0837
13718818       +GCAT Management Services 2015-13 LLC,    1209 Orange Street,
                 Wilmington, Delaware, DE 19801-1120
13433947       +Jonathan Lobb, Esq.,    Phelan Hallinan, LLP,    1617 JFK Blvd.,    One Penn Center Plaza,
                 Philadelphia, PA 19103-1823
13433480       +Jonathan Lobb, Esquire,    PHELAN HALLINAN, LLP,    1617 JFK Boulevard,    One Penn Center Plaza,
                 Philadelphia, PA 19103-1823
13718819        MTGLQ Investors, LP,    P.O.Box 52708,    Irvine, CA 92619-2708
13578283       +Robert H. Holber, Esquire,    41 East Front Street,    Media, PA 19063-2911
13798618       +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
13425686       +Snap On Crdt,    Attn: Bankruptcy,    950 Technology Way  Suite 301,
                 Libertyville, Il 60048-5339
13425687       #+Township of Upper Chichester Tax Collect,    P.O. Box 2089,    Boothwyn, PA 19061-8089
13425688        Upper Chichester Tax Collector,    P.O. Box 42981,    Philadelphia, PA 19101-2981
13513388       +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    MAC #D3347-014,
                 3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
13432900        Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
13425691        Wells Fargo Hm Mortgag,    7255 Baymeadows Wa,    Des Moines, IA 50306
13425692       +Wfs Financial/Wachovia Dealer Srvs,    P.O. Box 3569,    Rancho Cucamonga, CA 91729-3569

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Mar 07 2019 02:53:28      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 07 2019 02:52:59
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 07 2019 02:53:21      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Mar 07 2019 02:54:19      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13470904        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 07 2019 02:54:23
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13425676        E-mail/Text: kellyp@ccpdocs.com Mar 07 2019 02:53:42      Cardiology Consultants PH,
                 207 North Broad Street,    3rd Floor,    Philadelphia, PA 19107-1500
13426779       +E-mail/Text: bankruptcy@cavps.com Mar 07 2019 02:53:18      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13425679       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 07 2019 03:20:34
                 GE Electric Capital Corp/GE Money,    c/o Portfolio Recovery Associates, LLC,    P.O. Box 12914,
                 Norfolk, VA 23541-0914
13425680       +E-mail/PDF: gecsedi@recoverycorp.com Mar 07 2019 02:54:08      GECRB/Care Credit,
                 Attn: bankruptcy,    P.O. Box 103104,    Roswell, GA 30076-9104
13425681       +E-mail/Text: bankruptcy@fncbinc.com Mar 07 2019 02:52:38      HSBC Bank USA,
                 c/o First National Collection Bureau, In,    610 Waltham Way,    Sparks, NV 89437-6695
13433948       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 07 2019 02:53:09      Midland Funding,
                 8875 Aero Dr. Ste 200,    Sam Diego, CA 92123-2255
13425682       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 07 2019 02:53:09      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13425683       +E-mail/Text: bankruptcy@fncbinc.com Mar 07 2019 02:52:38      Old Navy,
                 c/o First National Collection Bureau, In,    P.O. Box 51660,    Sparks, NV 89435-1660
13425685       +E-mail/Text: bankruptcygroup@peco-energy.com Mar 07 2019 02:52:48      PECO,
                 Credit Department SF-1,    2301 Market Street,    Philadelphia, Pa 19103-1338
13462693        E-mail/Text: blegal@phfa.org Mar 07 2019 02:53:11      PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,    HARRISBURG, PA 17105
13518988        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 07 2019 02:54:10
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13425684       +E-mail/Text: blegal@phfa.org Mar 07 2019 02:53:11      Pa Housing Finance Agency,
                 2101 N. Front Street,    Harrisburg, PA 17110-1086
13442612        E-mail/PDF: rmscedi@recoverycorp.com Mar 07 2019 02:54:10
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14281108        E-mail/Text: bknotices@snsc.com Mar 07 2019 02:53:46      SN Servicing Corporation,
                 c/o Kathy Watson,    Bankruptcy Asset manager,    323 5th Street,    Eureka, CA 95501
```

```
District/off: 0313-2          User: PaulP                   Page 2 of 3                   Date Rcvd: Mar 06, 2019
                              Form ID: pdf900               Total Noticed: 41

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14252493       +E-mail/Text: bknotices@snsc.com Mar 07 2019 02:53:46
                U.S. Bank Trust National Association, as Trustee,   C/O SN Servicing Corp.,   323 5th Street,
                Eureka, CA 95501-0305
13433954        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 07 2019 02:52:40
                Verizon,   PO Box 920041,   Dallas, TX 75392-0041
13425690        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 07 2019 02:52:40
                Verizon,   P.O. Box 920041,   Dallas, Texas 75392-0041
13425689       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 07 2019 02:52:40
                Verizon,   500 Technology Dr,   Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13433474*       Cardiology Consultants PH,    207 North Broad Street,   3rd Floor,   Philadelphia, PA 19107-1500
13433941*       Cardiology Consultants PH,    207 North Broad Street,   3rd Floor,   Philadelphia, PA 19107-1500
13433475*       Dental Solutions Media,   1003 W. Baltimore Pike,   Media, Pa 19063
13433942*       Dental Solutions Media,   1003 W. Baltimore Pike,   Media, PA 19063
13433476*      +Eastern Account System INC.,    Attn: Bankruptcy Dept.,   P.O. Box 837,   Newtown, CT 06470-0837
13433943*      +Eastern Account System, Inc,   Attn: Bankruptcy Department,   PO Box 837,
                Newtown, CT 06470-0837
13433477*      +GE Electric Capital Corp/GE Money,   c/o Portfolio Recovery Associates, LLC,   P.O. Box 12914,
                Norfolk, VA 23541-0914
13433944*      +GE Electric Capital Corp/GE Money,   c/o Portfolio Recovery Associates, LLC,   PO Box 12914,
                Norfolk, VA 23541-0914
13433478*      +GECRB/Care Credit,   Attn: bankruptcy,   P.O. Box 103104,   Roswell, GA 30076-9104
13433945*      +GECRB/Care Credit,   Attn: Bankruptcy,   PO Box 103104,   Roswell, GA 30076-9104
13433479*      +HSBC Bank USA,   c/o First National Collection Bureau, In,   610 Waltham Way,
                Sparks, NV 89437-6695
13433946*      +HSBC Bank, USA,   c/o First National Collection Bureau, In,   610 Waltham Way,
                Sparks, NV 89437-6695
13433481*      +Midland Funding,   8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
13433482*      +Old Navy,   c/o First National Collection Bureau, In,   P.O. Box 51660,   Sparks, NV 89435-1660
13433949*      +Old Navy,   c/o First National Collection Bureau, In,   PO Box 51660,   Sparks, NV 89435-1660
13433950*      +PA Housing Finance Agency,   2101 N. Front Street,   Harrisburg, PA 17110-1086
13433484*      +PECO,   Credit Department SF-1,   2301 Market Street,   Philadelphia, Pa 19103-1338
13433951*      +PECO,   Credit Department SF-1,   2301 Market Street,   Philadelphia, PA 19103-1338
13433483*      +Pa Housing Finance Agency,   2101 N. Front Street,   Harrisburg, PA 17110-1086
13433485*      +Snap On Crdt,   Attn: Bankruptcy,   950 Technology Way Suite 301,
                Libertyville, Il 60048-5339
13433952*      +Snap On Crdt,   Attn: Bankruptcy,   950 Technology Way Suite 301,   Libertyville, IL 60048-5339
13433487*       Verizon,   P.O. Box 920041,   Dallas, Texas 75392-0041
13433486*      +Verizon,   500 Technology Dr,   Weldon Spring, MO 63304-2225
13433953*      +Verizon,   500 Technology Dr.,   Weldon Spring, MO 63304-2225
13433956*      +WFS Financial/Wachovia Dealer Srvs,   PO Box 3569,   Rancho Cucamonga, CA 91729-3569
13433488*       Wells Fargo Hm Mortgag,   7255 Baymeadows Wa,   Des Moines, IA 50306
13433955*       Wells Fargo Hm Mortgag,   7255 Baymeadows Wa,   Des Moines, IA 50306
13433489*      +Wfs Financial/Wachovia Dealer Srvs,   P.O. Box 3569,   Rancho Cucamonga, CA 91729-3569
                                                                                              TOTALS: 0, * 28, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: PaulP                 Page 3 of 3                   Date Rcvd: Mar 06, 2019
                               Form ID: pdf900             Total Noticed: 41
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2019 at the address(es) listed below:

```
          ANDREW  SPIVACK    on behalf of Creditor   Wells Fargo Bank, N.A paeb@fedphe.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
          JONATHAN D. LOBB    on behalf of Creditor   Wells Fargo Bank, N.A paeb@fedphe.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor   Wells Fargo Bank, N.A paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Wells Fargo Bank, N.A bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   MTGLQ Investors, LP bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   GCAT Managmentt Services 2015-13 LLC
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          POLLY A. LANGDON    on behalf of Trustee SCOTT  WATERMAN ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ    on behalf of Creditor   MTGLQ Investors, LP bkgroup@kmllawgroup.com
          ROBERT H. HOLBER    on behalf of Joint Debtor Regina Marie toth rholber@holber.com
          ROBERT H. HOLBER    on behalf of Debtor Frank Richard Toth, Jr. rholber@holber.com
          SCOTT  WATERMAN   ECFmail@fredreiglech13.com,  ECF_FRPA@Trustee13.com
          THOMAS I. PULEO    on behalf of Creditor   MTGLQ Investors, LP tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
           Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
           Services, Inc. ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 16
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                             :

FRANK RICHARD TOTH, JR.
REGINA MARIE TOTH
                                                   : Bankruptcy No. 14-19133JKF
         Debtor(s)                                 : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

BY THE COURT

**Date: March 6, 2019**

_____
Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

ROBERT H HOLBER ESQ
41 E FRONT STREET
MEDIA PA 19063-

FRANK RICHARD TOTH, JR.
REGINA MARIE TOTH
509 RODGERS AVENUE
UPPER CHICHESTER, PA 19014